# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA L. VIGIL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COLGATE-PALMOLIVE CO.<br><br>　　　　　　Defendant. | Case No. 3:16-cv-02697-MMC<br><br>Judge Maxine M. Chesney<br><br>[PROPOSED] ORDER ON PARTIES' STIPULATION TO STAY ACTION, INCLUDING RESPONSIVE PLEADING DEADLINE, PENDING DECISION BY JPML ON MOTION TO TRANSFER; DIRECTIONS TO PARTIES<br><br>Complaint Filed:　　May 18, 2016<br>Complaint Served:　May 27, 2016<br>Response Due:　　July 27, 2016<br>New Response Date:　T.B.D. |

[PROPOSED] ORDER ON PARTIES' STIPULATION TO STAY ACTION　　　Case No. 3:16-cv-02697-MMC

# [PROPOSED] ORDER ON PARTIES' STIPULATION TO STAY ACTION, INCLUDING RESPONSIVE PLEADING DEADLINE, PENDING DECISION BY JPML ON MOTION TO TRANSFER

The Court has reviewed and considered the stipulation submitted by Plaintiff Melissa Vigil ("Plaintiff") and Defendant Colgate-Palmolive Company ("Defendants") in the above-captioned action.

Accordingly, IT IS HEREBY ORDERED:

This action shall be stayed pending the Judicial Panel on Multidistrict Litigation's ("JPML") decision on the motion to transfer in MDL No. 2735. The parties shall confer regarding Defendant's time to answer, move, or otherwise plead in response to any forthcoming operative complaint following decision by the JPML regarding Plaintiff's motion in MDL No. 2735.

IT IS FURTHER ORDERED that the parties shall file, no later than October 14, 2016, a Joint Status Report to apprise the Court of the status of the motion to transfer.

IT IS SO ORDERED.

Dated: July 6, 2016

The Honorable Maxine M. Chesney