1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA L. VIGIL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COLGATE-PALMOLIVE CO.<br><br>　　　　　　Defendant. | Case No. 3:16-cv-02697-MMC<br><br>Judge Maxine M. Chesney<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR BRIEF EXTENSION OF STAY**<br><br>Complaint Filed:　　May 18, 2016<br>Complaint Served:　May 27, 2016<br>Response Due:　　　T.B.D.<br>New Response Date:　T.B.D. |

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR BRIEF EXTENSION OF STAY　　　　Case No. 3:16-cv-02697-MMC

# [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR BRIEF EXTENSION OF STAY

The Court has reviewed and considered the Joint Status Report and Stipulated Request For Brief Extension Of Stay submitted by Plaintiff Melissa Vigil ("Plaintiff") and Defendant Colgate-Palmolive Company ("Defendants") in the above-captioned action.

Accordingly, IT IS HEREBY ORDERED that the current stay of this matter is extended for twenty-one (21) days to permit the parties to continue discussing coordination or resolution of this matter. It is FURTHER ORDERED that the parties submit a further status report on or before November 4, 2016.

IT IS SO ORDERED.

Dated: October 14, 2016

_____
The Honorable Maxine M. Chesney