**FINKELSTEIN & KRINSK LLP**
Jeffrey R. Krinsk (SBN 109234)
jrk@classactionlaw.com
David J. Harris, Jr. (SBN 286204)
djh@classactionlaw.com
Trenton R. Kashima (SBN 291405)
trk@classactionlaw.com
550 W. C Street, Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA L. VIGIL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLGATE-PALMOLIVE CO.<br><br>Defendant. | Case No. 3:16-cv-02697-MMC<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL** |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Melissa L.
2    Vigil ("Plaintiff") hereby dismisses without prejudice all of her individual claims set
3    forth in her "VERIFIED CLASS ACTION COMPLAINT," on file in this matter.
4    Plaintiff has not received, nor will she receive, any compensation, either directly
5    or indirectly, from defendants or any other source as a result of the dismissal of the
6    complaint in this Action.

Respectfully submitted,

FINKELSTEIN & KRINSK LLP

Dated: November 11, 2016        By:   s/*Jeffrey R. Krinsk*
              Jeffrey R. Krinsk
              William R. Restis
              David J. Harris, Jr.
              Trenton R. Kashima

Attorneys for the Plaintiff