1  Robyn E. Bladow (Bar No. 205189)
2  **KIRKLAND & ELLIS LLP**
   333 South Hope Street
3  Los Angeles, CA 90071
4  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
5  robyn.bladow@kirkland.com

6
7  *Counsel for Defendant Colgate-Palmolive Company*

8
9
10                **UNITED STATES DISTRICT COURT**
11                **NORTHERN DISTRICT OF CALIFORNIA**

12  
| | |
|---|---|
| MELISSA L. VIGIL, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-00929 |
| Plaintiff, | **COLGATE-PALMOLIVE COMPANY'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | Removal Filed:  02/23/2017 |
| COLGATE-PALMOLIVE CO. | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil L.R. 3-12 and Civil L.R. 7-11, Defendant Colgate-Palmolive Company ("Colgate") submits this Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12.

Civil Local Rule 3-12(a) provides that actions are related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Civil Local Rule 3-12(b) continues by requiring any party that knows or learns that an action filed in or removed to this district is related to an action which is *or was* pending in this district to promptly file this Administrative Motion to Consider Whether Cases Should be Related.

The instant action is essentially the same as the previously-filed Case No. 3:16-cv-02697-MMC, *Vigil v. Colgate-Palmolive Company* ("*Vigil 1*"), which was pending before the Honorable Maxine M. Chesney. After Colgate filed a motion to dismiss or stay pursuant to the first-to-file rule in *Vigil 1*, Plaintiff Melissa Vigil voluntarily dismissed her putative nationwide class action complaint, and later re-filed in state court on behalf of a putative California class ("*Vigil 2*"). Colgate then removed the *Vigil 2* action to this Court pursuant to 28 U.S.C. § 1332(d).

*Vigil 1* and *Vigil 2* concern "substantially the same parties, property, transaction or event" because they involve the same exact plaintiff and defendant, and the same allegations of misleading advertising related to Colgate® Optic White® toothpaste. Moreover, there may be "an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges" because multiple briefs and stipulations were filed before Judge Chesney in the prior action.

# CONCLUSION

In light of the closely related nature of the cases identified herein, transfer to Judge Chesney would be appropriate.

DATED: February 23, 2017          Respectfully submitted,

                                           *s/ Robyn E. Bladow*
                                        Robyn E. Bladow (Bar No. 205189)
                                        **KIRKLAND & ELLIS LLP**
                                        333 South Hope Street
                                        Los Angeles, CA 90071
                                        Telephone: (213) 680-8400
                                        Facsimile: (213) 680-8500
                                        robyn.bladow@kirkland.com

                                        *Counsel for Defendant*
                                        *Colgate-Palmolive Company*

## PROOF OF SERVICE

I, Laura Bay, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Hope Street, Los Angeles, California 90071.

On February 23, 2017, the foregoing document was served on the interested parties in this action as follows:

[ X ] By placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk
David J. Harris, Jr.
A. Trent Ruark
Trenton R. Kashima
550 W. C Street, Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 23, 2017 at Los Angeles, California.

_Laura Bay_