IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA L VIGIL,<br>　　　　Plaintiff,<br>　　v.<br>COLGATE-PALMOLIVE CO,<br>　　　　Defendant. | Case No. 16-cv-02697-MMC<br><br>**RELATED CASE ORDER** |

A Motion to Consider Whether Cases Should be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

　　C  16-02697 MMC  Melissa L. Vigil v. Colgate-Palmolive Co.

　　C  17-00929 JSW  Melissa L. Vigil v. Colgate-Palmolive Co.

The time for filing a statement to support or oppose the motion has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

　　　　[ X ]  ARE NOT RELATED as defined by Civil L.R. 3-12(a), the earlier action having been voluntarily dismissed prior to the Court's consideration of any substantive matters.

　　　　[  ]  ARE RELATED as defined by Civil L.R. 3-12(a).

**IT IS SO ORDERED.**

Dated: March 8, 2017

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge